**v.**

**The STATE of Texas, Appellee.**

**No. 27130.**

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

**Joe Richard OLIVER, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27145.**

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

No attorney on appeal, for appellant.

Ewing Werlein, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Forgery is the offense; the punishment, two years in the penitentiary.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.